No. 529. PHILLIPS PETROLEUM CO. *v.* JONES, COLLECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Don Emery, Rayburn L. Foster, Harry D. Turner* and *Hilary D. Mahin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Joseph W. Bishop, Jr.* for respondent.

No. 532. UNITED STATES GRAPHITE CO. *v.* SAWYER, SECRETARY OF COMMERCE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *J. Marvin Haynes, N. Barr Miller* and *F. Eberhart Haynes* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondent.

No. 534. GLOVER *v.* COFFING, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Alfred P. Draper* for respondents.

No. 219, Misc. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 243, Misc. McCORMACK *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 307, Misc. BRYAN *v.* GEORGIA. Supreme Court of Georgia. Certiorari denied.